**KRIS J. KRAUS**
California Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467
Facsimile: (619) 687-2666
Kris_Kraus@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ASHOT BARSEGIAN,<br><br>              Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  08MJ1329-02<br><br><br>**NOTICE OF ATTORNEY APPEARANCE** |

        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

above-captioned case.

                          Respectfully submitted,


Dated:  May 1, 2008                  /s/ Kris J. Kraus_____
                              **KRIS J. KRAUS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Defendant
                              Kris_Kraus@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that  a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**Julie A Blair**
Law Offices of Julie Blair
964 Fifth Avenue
Suite 335
San Diego, CA 92101
(619)544-1419
Fax: (619)544-1429
Email: julieannblair@hotmail.com

DATED:  May 1, 2008                              _/s/ Kris J. Kraus_
                                                 **KRIS J. KRAUS**
                                                 Federal Defenders of San Diego, Inc.
                                                 Kris_Kraus@fd.org