```
                                    FILED

                                 08 MAY -7 PM 4:13

                                 CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                                 BY: [signature]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1455 BEN |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| ARA E. AVETYANTS (1), ) ASHOT BARSEGIAN (2), ) ARSEN GRISHAI MOTIVOSYAN (3), ) | |
| Defendants. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Grant Yeroomian, et al.</u>, Criminal Case No. 08CR1167-BEN.

DATED: May 7, 2008.

KAREN P. HEWITT
United States Attorney

[signature]

W. MARK CONOVER
Assistant U.S. Attorney