1  **KRIS J. KRAUS**
   California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5
   Attorneys for Mr. Ashot Barsegian
6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,           ) Case No.08CR1455-BEN- (NLS)
   |                                     )
12 |         Plaintiff,                  ) Date: JUNE 12, 2008
   |                                     ) Time:9:30 A.M.
13 | v.                                  )
   |                                     ) NOTICE OF OBJECTION TO
14 | ASHOT BARSEGIAN (2),                ) RELEASE OF MATERIAL WITNESS
   |                                     ) AND MOTION TO DETAIN SAME
15 |         Defendant.                  )
   |                                     )
16

17 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
         REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY,
18       NED LYNCH, ATTORNEY FOR THE MATERIAL WITNESSES,

19       PLEASE TAKE NOTICE that on June 12, 2008 at 9:30 a.m., or as soon thereafter as counsel may

20 be heard, the defendant, Mr. Ashot Barsegian, by and through his counsel, Kris J. Kraus and Federal

21 Defenders of San Diego, Inc., will ask this Court to enter an order granting the motion listed below.

22 //

23 //

24 //

25 //

26 //

27 //

28 //

**MOTION**

Mr. Ashot Barsegian, the defendant in this case, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Fed. R. Crim. P. 12, 16 and 26, and all other applicable statutes, case law and local rules, hereby moves this Court for an order Detaining the Material Witness until Trial.

This motion is based upon the instant motion and notice of motion, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,

Dated: MAY 29, 2008      /s/ KRIS KRAUS
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ashot Barsegian

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Rebecca Kanter
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: rebecca.kanter@usdoj.gov

Jodi D Thorp
427 C Street Suite 300
San Diego, CA 92101
(619)233-3169
Fax: (619)684-3569
Email: jodithorp@thorplawoffice.com

Ned Lynch
Office of Attorney Ned Lynch
110 West C Street
Suite 1407
San Diego, CA 92101-3909
(619)525-0081
Fax: (619)525-0083
Email: nedlynch@aol.com

A courtesy copy was sent via U.S. mail to:

Garo B. Ghazarian
Law Office of Garo B. Ghazarian
15912 Ventura Boulevard, Suite 203
Encino, CA 91436

Dated: May 29, 2008            /s/  Kris J. Kraus
                               KRIS J. KRAUS
                               Federal Defenders
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619)234-8467
                               (619)687-2666
                               e-mail: kris_kraus@fd.org