**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Ashot Barsegian

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08CR1455-BEN |
| Plaintiff, | DATE: JUNE 30, 2008 |
| | TIME: 2:00 p.m. |
| v. | |
| | NOTICE OF MOTIONS AND MOTIONS TO: |
| ASHOT BARSEGIAN (2) | |
| | (1) COMPEL DISCOVERY; AND |
| Defendant. | (2) GRANT LEAVE TO FILE FURTHER MOTIONS. |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Ashot Barsegian, by and through her attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

//

//

//

//

//

//

//

**MOTIONS**

Defendant, Ashot Barsegian, by and through his attorneys, Kris J. Kraus, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel Discovery; and

(2)   Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 29, 2008

/s/ Kris J. Kraus
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ashot Barsegian
Kris_Kraus@fd.org

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Rebecca Kanter
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
Email: rebecca.kanter@usdoj.gov

Jodi D Thorp
427 C Street Suite 300
San Diego, CA 92101
(619)233-3169
Fax: (619)684-3569
Email: jodithorp@thorplawoffice.com

Ned Lynch
Office of Attorney Ned Lynch
110 West C Street
Suite 1407
San Diego, CA 92101-3909
(619)525-0081
Fax: (619)525-0083
Email: nedlynch@aol.com

A courtesy copy was sent via U.S. mail to:

Garo B. Ghazarian
Law Office of Garo B. Ghazarian
15912 Ventura Boulevard, Suite 203
Encino, CA 91436

Dated: May 29, 2008                    /s/  Kris J. Kraus
                                       KRIS J. KRAUS
                                       Federal Defenders
                                       225 Broadway, Suite 900
                                       San Diego, CA 92101-5030
                                       (619)234-8467
                                       (619)687-2666
                                       e-mail: kris_kraus@fd.org