1  KRIS J. KRAUS
   California State Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Ashot Barsegian

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE ROGER T. BENITEZ)**

11 | UNITED STATES OF AMERICA,       ) CASE NO. 08CR1455-BEN
                                    )
12 |        Plaintiff,               ) DATE: JUNE 30, 2008
                                    ) TIME: 2:00 p.m.
13 | v.                              )
                                    ) NOTICE OF MOTIONS AND MOTIONS TO:
14 | ASHOT BARSEGIAN (2)             )
                                    ) 1) JOIN IN DEFENDANT ARSEN
15 |        Defendant.               ) MOTIVOSYAN'S MOTION TO DISMISS
                                    ) THE INDICTMENT DUE TO
16                                   ) MISINSTRUCTION OF THE GRAND JURY;
                                    ) 2) JOIN IN DEFENDANT ARSEN
17                                   ) MOTIVOSYAN'S MOTION SEVER
                                    ) DEFENDANTS
18                                   ) 3) JOIN IN DEFENDANT ARSEN
                                    ) MOTIVOSYAN'S MOTION TO SUPPRESS
19                                   ) STATEMENTS; AND
                                    ) 4) LEAVE TO FILE FURTHER
20 | _____ ) MOTIONS

21 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:
22

23      PLEASE TAKE NOTICE that on June 30, 2008, at 2:00 p.m., or as soon thereafter as counsel may

24 be heard, Defendant Ashot Barsegian, by and through his attorneys, Kris J. Kraus and Federal Defenders of

25 San Diego, Inc., will ask this Court to enter an order granting the following motions.

26 //

27 //

28 //

                                                                                        08CR1455-BEN

## **MOTIONS**

Defendant Ashot Barsegian, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., moves this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order permitting Mr. Barsegian:

(1) Join in co-defendant Arsen Motivosyan's motion to Dismiss Indictment Due to Misinstruction of the Grand Jury;

(2) Join in co-defendant Arsen Motivosyan's to Sever Defendants;

(3) Join in co-defendant Arsen Motivosyan's to Suppress Statements; and

(4) Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: June 19, 2008

/s/ KRIS J. KRAUS
KRIS J. KRAUS
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Motivosyan
Kris_Kraus@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Garo B. Ghazarian
   gbglaw@sbcglobal.net

Rebecca Kanter
   Rebecca.Kanter@usdoj.gov, diana.ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Ned Lynch
   nedlynch@aol.com

Jodi Thorp
   jodithorp@thorplawoffice.com

Dated: June 19, 2008               /s/  KRIS J. KRAUS
                                              KRIS J. KRAUS
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail: Kris_Kraus@fd.org