KRIS J. KRAUS
California State Bar No. 233699
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Ashot Barsegian

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO. 08CR1455-BEN |
|                                  ) | |
| Plaintiff,                       ) | DATE: JUNE 30, 2008 |
|                                  ) | TIME: 2:00 p.m. |
| v.                               ) | |
|                                  ) | STATEMENT OF FACTS AND |
| ASHOT BARSEGIAN (2)              ) | MEMORANDUM OF POINTS IN SUPPORT |
|                                  ) | OF DEFENDANT'S MOTIONS |
| Defendant.                       ) | |
| _____ ) | |

**I.**

**MOTION SEEKING JOINDER**

As it relates to the legality of the motions, Mr. Barsegian stands equally situated as Mr. Motivosyan and, therefore, seeks to adopt the legal arguments contained in Mr. Motivosyan's motions. Based on the facts recited in government provided discovery, both Mr. Barsegian and Mr. Motivosyan were alleged passengers. Although there may come to light that there are significant differences between their alleged involvement and extent of such alleged involvement in the instant offense, those differences do not place them at odds as it pertains to the specific motions Mr. Barsegian seeks to adopt.

First, the Grand jury issue is a legal one that pertains to all defendant's in this case. Second, as Mr. Motivosyan points out in his motion, it is unclear who made what statements to the agents other than those that were directed attributed to Defendant Avetyants. Third, as Mr. Motivosyan also points out,

//

severance is also required because admission of co-defendant statements would violate the right to confrontation. Therefore, joinder by Mr. Barsegian in Mr. Motivosyan would be legally appropriate.

## II.

## MOTION FOR LEAVE TO FILE FURTHER MOTIONS

Mr. Barsegian and defense counsel have still only received limited discovery. As new information surfaces, via discovery provided by government, defense investigation, or an order of this Court, the defense may need to file further motions, or to supplement existing motions.

## III.

## CONCLUSION

For the reasons stated, Mr. Barsegian respectfully requests This Court grant his motions.

Respectfully submitted,

Dated: June 18, 2008         /s/ KRIS J. KRAUS
                             KRIS J. KRAUS
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Mr. Marquez
                             Kris_Kraus@fd.org

<u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Garo B. Ghazarian
   gbglaw@sbcglobal.net

Rebecca Kanter
   Rebecca.Kanter@usdoj.gov, diana.ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Ned Lynch
   nedlynch@aol.com

Jodi Thorp
   jodithorp@thorplawoffice.com

Dated: June 19, 2008                  */s/ KRIS J. KRAUS*
                                              KRIS J. KRAUS
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467 (tel)
                                              (619) 687-2666 (fax)
                                              e-mail: Kris_Kraus@fd.org