1  KRIS J. KRAUS
   California State Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Ashot Barsegian

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,        )  CASE NO. 08CR1455-BEN
                                     )
12           Plaintiff,              )  DATE: AUGUST 11, 2008
                                     )  TIME: 2:00 p.m.
13  v.                               )
                                     )  NOTICE OF MOTIONS AND MOTIONS TO:
14  ASHOT BARSEGIAN (2)              )
                                     )  1) JOIN IN DEFENDANT ARA
15           Defendant.              )  AVETYANTS MOTION TO SUPPRESS
                                     )  EVIDENCE
16                                   )
    _____  )
17

18  TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
         REBECCA KANTER, ASSISTANT UNITED STATES ATTORNEY:
19

20       PLEASE TAKE NOTICE that on August 11, 2008, at 2:00 p.m., or as soon thereafter as counsel may

21  be heard, Defendant Ashot Barsegian, by and through his attorneys, Kris J. Kraus and Federal Defenders of

22  San Diego, Inc., will ask this Court to enter an order granting the following motions.

23  //

24  //

25  //

26  //

27  //

28  //

                                                                                            08CR1455-BEN

**MOTIONS**

Defendant Ashot Barsegian, by and through his attorneys, Kris J. Kraus and Federal Defenders of San Diego, Inc., moves this Court, pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order permitting Mr. Barsegian:

(1) Join in co-defendant Ara Avetyants' motion to suppress evidence

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: August 7, 2008 　　　　　　　　　　　　/s/ KRIS J. KRAUS
　　　　　　　　　　　　　　　　　　　　　　KRIS J. KRAUS
　　　　　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Mr. Barsegian
　　　　　　　　　　　　　　　　　　　　　　Kris_Kraus@fd.org

CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Garo B. Ghazarian
  gbglaw@sbcglobal.net

Rebecca Kanter
  Rebecca.Kanter@usdoj.gov, diana.ortiz@usdoj.gov, efile.dkt.gc1@usdoj.gov

Ned Lynch
  nedlynch@aol.com

Jodi Thorp
  jodithorp@thorplawoffice.com

Dated: August 7, 2008          /s/ KRIS J. KRAUS
                               KRIS J. KRAUS
                               Federal Defenders of San Diego, Inc.
                               225 Broadway, Suite 900
                               San Diego, CA 92101-5030
                               (619) 234-8467  (tel)
                               (619) 687-2666  (fax)
                               e-mail: Kris_Kraus@fd.org