1  KRIS J. KRAUS
   California State Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Ashot Barsegian

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE ROGER T. BENITEZ)

| UNITED STATES OF AMERICA, | ) CASE NO. 08CR1455-BEN |
|---|---|
| Plaintiff, | ) DATE: AUGUST 11, 2008 |
| v. | ) TIME: 2:00 p.m. |
| ASHOT BARSEGIAN (2) | ) STATEMENT OF FACTS AND |
|  | ) MEMORANDUM OF POINTS IN SUPPORT |
| Defendant. | ) OF DEFENDANT'S MOTIONS |

**I.**

**MOTION SEEKING JOINDER**

As it relates to the legality of the motions, Mr. Barsegian stands equally situated as Mr. Avetyants and, therefore, seeks to adopt the legal arguments contained in Mr. Avetyants' motions. Although there may come to light that there are significant differences between their alleged involvement and extent of such alleged involvement in the instant offense, those differences do not place them at odds as it pertains to the specific motions Mr. Barsegian seeks to adopt. Therefore, joinder by Mr. Barsegian in Mr. Avetyants would be legally appropriate.

//

//

//

//

**II.**

**CONCLUSION**

For the reasons stated, Mr. Barsegian respectfully requests This Court grant his motions.

Respectfully submitted,

Dated: August 7, 2008         /s/ KRIS J. KRAUS
KRIS J. KRAUS
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Barsegian
Kris_Kraus@fd.org